ACCEPTED
14-14-00947CV
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
3/24/2015 1:31:22 PM
CHRISTOPHER PRIN
CLERK

14-14-00947-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

3/24/2015 1:31:22 PM

CHRISTOPHER A. PRINE
Clerk

# IN THE FOURTEENTH COURT OF APPEALS,

# HARRIS COUNTY TEXAS

MARIANN BACHARACH, Appellant

V.

JOHN DOE, Appellee

Appeal from County Court at Law Number Two, Harris County, Texas

## APPELLEE'S RESPONSE TO APPELLANT'S LETTER
## DATED MARCH 18, 2015

Eric Dick

Texas Bar No. 24064316

4325 Tulsa

Houston, Texas  77092

Tel. (832)207-2007

Fax (713)893-6931

1

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

COMES NOW, Appellee, John Doe, and states the following to the Court, it should be fairly obvious that Appellant, Mariann Bacharach, continues to proceed as a "Professional Litigant" any and all information that she has included in such letter should not be considered. All of this information is not relevant or material and she has attempted to circumvent the lower Trial Court jurisdiction by attempting to include allegations, rumors, and innuendos that she has not put forth in the underlying cause of action. Appellant, Mariann Bacharach, has a "hate site" called Thug Law specifically dedicated to libel, slander and defame Appellee, his representatives, and the Courts. Appellant, Mariann Bacharach, has attempted to sabotage and circumvent the justice system by filing frivolous letters and allegations in order to continue this frivolous appeal. She has filed this appeal in order to prevent Appellee and his representatives from deposing her and having all of her fabrications exposed. Appellee requests that this Court deny any further requests for extensions and allow Appellee the right to issue discovery and depose Appellant, Mariann Bacharach. Appellee requests that Appellant, Mariann Bacharach's, letter be disregarded and that her extensions be denied and ultimately her appeal dismissed if she does not comply with the Courts ORDERS.

Respectfully submitted,
By: /s/Eric Dick
Eric Dick
Texas Bar No. 24064316
4325 Tulsa
Houston, Texas 77092
Tel. (832)207-2007
Fax (713)893-6931
eric@dicklawfirm.com

## CERTIFICATE OF SERVICE

I certify that on March 24, 2015, a true and correct copy of Appellee's Response to Appellant, Mariann Bacharach's, Letter Dated March 18, 2015, was served to each person listed below by the method indicated.

/s/Eric Dick
Eric Dick

Mariann Bacharach
PO Box 8217
Houston, TX 77288

CMR No.: 7012 3460 0002 6429 2602